# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ROSS THACKER,**
**Petitioner,**

vs.                                                                 Case Number:  **08-2095**

**UNITED STATES OF AMERICA,**
**Respondent.**

 **XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition pursuant to 28 U.S.C. §2255 is denied.  This case is terminated.

ENTER this 19th day of October 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK