**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

_____

| | | |
|---|---|---|
| **ROSS THACKER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 08-CV-2095 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION**

On April 18, 2008, Petitioner, Ross Thacker, filed a pro se Motion to Vacate, Set Aside or Correct Sentence (#1) pursuant to 28 U.S.C. § 2255.  On October 19, 2009, this court entered an Opinion (#14) which thoroughly discussed Petitioner's claims and denied Petitioner's § 2255 Motion.

On November 23, 2009, Petitioner filed a pro se document entitled "Petitioner's Consolidated, Alternative Motion to Reconsider, on the Alternative Motion to Give Notice of Appeal, In Forma Pauperis" (#16).  Petitioner included a lengthy argument regarding the sentence imposed by this court. After careful consideration, this court concludes that Petitioner's argument has no merit based upon the controlling case law from the Seventh Circuit Court of Appeals.

IT IS THEREFORE ORDERED THAT:

(1) Petitioner's Motion to Reconsider (#16) is DENIED.

(2) Petitioner's Motion to Give Notice of Appeal (#16) is GRANTED.

(3) The clerk is directed to file Petitioner's Motion as a Notice of Appeal.

(4) To the extent Petitioner is requesting a certificate of appealability from this court, that request is DENIED.  This court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right.

(5) To the extent that Petitioner is requesting to appeal in forma pauperis, Petitioner is advised that he must file a motion to proceed on appeal in forma pauperis and attach the required trust fund ledger from the United States Penitentiary where he is currently housed.

ENTERED this 30th day of November, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE