# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

December 13, 2010

To: Pamela E. Robinson
UNITED STATES DISTRICT COURT
Central District of Illinois
U.S. Courthouse
Urbana , IL 61802-3369

| No.: 09-3902 | ROSS THACKER,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 2:08-cv-02095-MPM-DGB<br>Central District of Illinois<br>District Judge Michael P. McCuskey |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

**RECORD ON APPEAL STATUS:**  No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                      **Received by:**

12/14/2010                                                     s/ V. Ball
_____                     __                                              ___

form name: **c7  Mandate** (form ID: **135**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 7, 2010
Decided June 1, 2010

**Before**

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 09-3902

| | |
|---|---|
| ROSS THACKER, | Appeal from the United States District |
| *Petitioner-Appellant*, | Court for the Central District of Illinois. |
| *v.* | No. 08-CV-2095 |
| UNITED STATES OF AMERICA, | Michael P. McCuskey, |
| *Respondent-Appellee*. | *Chief Judge*. |

**O R D E R**

Ross Thacker has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

December 3, 2010

**Before**

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 09-3902

| | |
|---|---|
| ROSS THACKER, | Appeal from the United States District |
| *Petitioner-Appellant*, | Court for the Central District of Illinois. |
| v. | No. 08 CV 2095 |
| UNITED STATES OF AMERICA., | Michael P. McCuskey, |
| *Respondent-Appellee.* | *Chief Judge.* |

**O R D E R**

On consideration of the petition for rehearing filed by Petitioner-Appellant on June 21, 2010, all members of the original panel have voted to deny the petition for rehearing. Accordingly, the petition is DENIED.